1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | BRIAN R. FAERSTEIN (CABN 274850)
Assistant United States Attorney

5

6 | 450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone:   (415) 436-6473

7 | Fax:         (415) 436-7234
E-Mail:      brian.faerstein@usdoj.gov

8

Attorneys for United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,             ) Case No. CR 16-00201 RS
                                          )
15 |              Plaintiff,               ) STIPULATION AND [~~PROPOSED~~] ORDER
         v.                                ) EXCLUDING TIME FROM JUNE 7, 2016,
16 |                                       ) TO JULY 5, 2016
       CLINT BRYAN,                        )
17 |                                       )
                 Defendant.                )
18 |                                       )
                                           )
19

20 |     The United States of America, by and through Assistant United States Attorney Brian R.

21 | Faerstein, and defendant Clint Bryan, by and through defense counsel Alan Dressler, hereby stipulate

22 | that, with the Court's approval, the time between June 7, 2016 and July 5, 2016 is excludable under the

23 | Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

24 |     The parties appeared before the Court on June 7, 2016, at 2:30 p.m., for an initial status hearing

25 | in this proceeding. Upon the request of the parties, the Court set a further status hearing in this matter

26 | for July 5, 2016, at 2:30 p.m. Upon the representation of counsel for the defendant that he needed

27 | additional time to conduct necessary investigation, and the representation of the parties that they were

28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
16-CR-00201 RS                                    1

discussing a potential resolution of this case, the parties requested that time be excluded under the Speedy Trial Act between June 7, 2016 and July 5, 2016, for effective preparation of counsel, under 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties stipulate that the failure to exclude would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate that the requested exclusion of time, from June 7, 2016 to July 5, 2016, is in the interests of justice and outweighs the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated:  June 7, 2016            BRIAN J. STRETCH
                                United States Attorney

                                ___/s/_____

                                BRIAN R. FAERSTEIN
                                Assistant United States Attorney

Dated:  June 7, 2016            ___/s/_____
                                ALAN DRESSLER
                                Attorney for CLINT BRYAN

Attestation of Filer

In addition to myself, the other signatory to this document is Alan Dressler.  I hereby attest that I have his permission to enter a conformed signature on his behalf and to file this document.

Dated:  June 7, 2016            ___/s/_____
                                BRIAN R. FAERSTEIN
                                Assistant United States Attorney

//
//
//
//

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
16-CR-00201 RS                              2

1  **[PROPOSED] ORDER**

2  Based upon the representation of counsel and for good cause shown, the Court finds that failing
3  to exclude the time between June 7, 2016 and July 5, 2016, would unreasonably deny counsel the
4  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
5  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the
6  time between June 7, 2016 and July 5, 2016, from computation under the Speedy Trial Act outweigh the
7  best interests of the public and the defendant in a speedy trial.

8  Therefore, IT IS HEREBY ORDERED that the time between June 7, 2016 and July 5, 2016,
9  shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

11  DATED: _6/9/16_                            _____
                                               HONORABLE RICHARD SEEBORG
12                                             United States District Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
16-CR-00201 RS                                3