1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  BRIAN R. FAERSTEIN (CABN 274850)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-6473
7      Fax:  (415) 436-7234
       E-Mail:  brian.faerstein@usdoj.gov
8
   Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-00201 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JULY 5, 2016, TO AUGUST 2, 2016 |
| v. | |
| CLINT BRYAN, | |
| Defendant. | |

      The United States of America, by and through Assistant United States Attorney Brian R. Faerstein, and defendant Clint Bryan, by and through defense counsel Alan Dressler, hereby stipulate that, with the Court's approval, the time between July 5, 2016 and August 2, 2016 is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

      The parties appeared before the Court on July 5, 2016, at 2:30 p.m., for a status hearing in this proceeding. Upon the request of the defendant, the Court set a further status hearing in this matter for August 2, 2016, at 2:30 p.m. Upon the representation of counsel for the defendant that he needed additional time to conduct necessary investigation in connection with potentially entering a change of

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
16-CR-00201 RS                 1

1  plea in this case, the defendant requested that time be excluded under the Speedy Trial Act between July
2  5, 2016 and August 2, 2016, for effective preparation of counsel, under 18 U.S.C. § 3161(h)(7)(B)(iv).
3  The government did not have any objection to this request.
4      The parties stipulate that the failure to exclude would deny counsel the reasonable time necessary
5  for effective preparation, taking into account the exercise of due diligence under 18 U.S.C.
6  § 3161(h)(7)(B)(iv).  The parties further stipulate that the requested exclusion of time, from July 5, 2016
7  to August 2, 2016, is in the interests of justice and outweighs the best interest of the public and the
8  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
9      IT IS SO STIPULATED.

10  Dated:  July 8, 2016       BRIAN J. STRETCH
11      United States Attorney
12      /s/
13      BRIAN R. FAERSTEIN
14      Assistant United States Attorney

15  Dated:  July 8, 2016       /s/
16      ALAN DRESSLER
17      Attorney for CLINT BRYAN

18      <u>Attestation of Filer</u>
19      In addition to myself, the other signatory to this document is <u>Alan Dressler</u>.  I hereby attest that I
20  have his permission to enter a conformed signature on his behalf and to file this document.
21  Dated:  July 8, 2016       /s/
22      BRIAN R. FAERSTEIN
23      Assistant United States Attorney
24  //
25  //
26  //
27  //
28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
16-CR-00201 RS                                                 2

1 **[PROPOSED] ORDER**

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between July 5, 2016 and August 2, 2016, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between July 5, 2016 and August 2, 2016, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between July 5, 2016 and August 2, 2016, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 7/8/16

_____
HONORABLE RICHARD SEEBORG
United States District Judge