BRIAN J. STRETCH (CABN 163973)
United States Attorney

PHILIP GUENTERT (CABN 147374)
Acting Chief, Criminal Division

BRIAN R. FAERSTEIN (CABN 274850)
Assistant United States Attorney

      450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
      Telephone:    (415) 436-6473
      Fax:         (415) 436-7234
      E-Mail:      brian.faerstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-00201 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM AUGUST 2, 2016, TO SEPTEMBER 20, 2016 |
| v. | |
| CLINT BRYAN, | |
| Defendant. | |

      The United States of America, by and through Assistant United States Attorney Brian R.

Faerstein, and defendant Clint Bryan, by and through defense counsel Alan Dressler, hereby stipulate

that, with the Court's approval, the time between August 2, 2016 and September 20, 2016 is excludable

under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

      The parties appeared before the Court on August 2, 2016, at 2:30 p.m., for a change of plea

hearing in this proceeding.  Upon request of the defendant, and due to the unavailability of an earlier

date that works for the Court and the defendant, the Court continued the date for either the defendant's

change of plea or trial setting to September 20, 2016, at 2:30 p.m.  Upon the representation of counsel

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
16-CR-00201 RS                 1

1  for the defendant that he needed additional time to conduct necessary investigation in connection with

2  potentially entering a change of plea in this case, the defendant requested that time be excluded under

3  the Speedy Trial Act between August 2, 2016 and September 20, 2016, for effective preparation of

4  counsel, under 18 U.S.C. § 3161(h)(7)(B)(iv).  The government noted its concern about an additional

5  extended delay in this proceeding but acceded to the defendant's request for an exclusion of time.  The

6  Court indicated its willingness to specially set a date for a change of plea or trial setting in the event the

7  defense is able to complete its investigation before the Court is unavailable on August 16, 2016.  The

8  parties indicated they would notify the Court in the event defense counsel is able to do so.

9       The parties stipulate that the failure to exclude would deny counsel the reasonable time necessary

10  for effective preparation, taking into account the exercise of due diligence under 18 U.S.C.

11  § 3161(h)(7)(B)(iv).  The parties further stipulate that the requested exclusion of time, from August 2,

12  2016 to September 20, 2016, is in the interests of justice and outweighs the best interest of the public

13  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

14       IT IS SO STIPULATED.

15  Dated:  August 3, 2016          BRIAN J. STRETCH

16                                 United States Attorney

17                                 _____/s/_____

18                                 BRIAN R. FAERSTEIN
                                    Assistant United States Attorney
19

20  Dated:  August 3, 2016          _____/s/_____

21                                 ALAN DRESSLER
22                                 Attorney for CLINT BRYAN

23                      Attestation of Filer

24       In addition to myself, the other signatory to this document is Alan Dressler.  I hereby attest that I

25  have his permission to enter a conformed signature on his behalf and to file this document.

26  Dated:  August 3, 2016          _____/s/_____

27                                 BRIAN R. FAERSTEIN
28                                 Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
16-CR-00201 RS                    2

1

**[PROPOSED]** ORDER

2        Based upon the representation of counsel and for good cause shown, the Court finds that failing

3  to exclude the time between August 2, 2016 and September 20, 2016, would unreasonably deny counsel

4  the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the

6  time between August 2, 2016 and September 20, 2016, from computation under the Speedy Trial Act

7  outweigh the best interests of the public and the defendant in a speedy trial.

8        Therefore, IT IS HEREBY ORDERED that the time between August 2, 2016 and September 20,

9  2016, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and

10  (B)(iv).

11

12  DATED:  __8/03/2016_____

13                             HONORABLE RICHARD SEEBORG
   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
16-CR-00201 RS                   3