1  Alan A. Dressler, Esq. (SBN 56916)
2  601 Montgomery St., Ste 850
   San Francisco, CA 94111
3  Tel.  (415) 421-7980
   Fax  (415) 421-7021
4  E-Mail: alandressler@aol.com

   Attorney for Defendant Clint Bryan

6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA
8                   SAN FRANCISCO DIVISION

9  UNITED STATES OF AMERICA,         )   No. CR 16-00201- RS
10                                    )
        Plaintiff,                    )
11                                    )   [~~PROPOSED~~] ORDER CONTINUING
    v.                                )   SENTENCING DATE
12                                    )
   CLINT BRYAN.                       )
13                                    )
        Defendant.                    )
14                                    )
                                      )
15 _____    )

16      GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and
17 defendant Clint Bryan, IT IS HEREBY ORDERED that the sentencing currently scheduled for
18 January 3, 2017 is vacated.
19      IT IS FURTHER ORDERED that a new sentencing date is set for January 24, 2017 at 2:30
20 p.m.

22 **IT IS SO ORDERED.**

23 Dated: December  12  , 2016
24
                                          _____
25                                        HONORABLE RICHARD SEEBORG
                                          UNITED STATES DISTRICT JUDGE

Stipulation and Order
CR 16-00201-RS